**Donna R. WATT, Respondent,**

v.

**Randall L. ROBB;  Timberland Properties, Inc., Appellants,**

**Cosmo Designs, Inc.;  Thistle Hill Development, Inc., Defendants.**

**Nos. WD 63976, WD 64080.**

Missouri Court of Appeals, Western District.

April 5, 2005.

Appeal from the Circuit Court of Clay County;  David W. Russell, Judge.

James D. Boggs, Kansas City, MO, for appellants.

William E. Shull, Jr., Liberty, MO, for respondent.

Jay W. Jensen, Gladstone, MO, for defendant.

Before ROBERT G. ULRICH, Presiding Judge, JAMES M. SMART, JR., Judge and JOSEPH M. ELLIS, Judge.

### ORDER

PER CURIAM.

Randall L. Robb and Timberland Properties, Inc., a company wholly owned by Robb, appeal from a judgment entered in the Circuit Court of Clay County dividing various property held jointly by Robb and his former girlfriend, Donna R. Watt, and declaring a lease entered into by Timberland and Watt void for lack of consideration. After a thorough review of the record, we conclude that the judgment is supported by substantial evidence, is not

against the weight of the evidence, and that no error of law appears. No jurisprudential purpose would be served by a formal written opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 84.16(b).